UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                       Case No. 13-20667

SAM SMOLDERS,

    Defendant.
                                               /

**ORDER DENYING RELIEF**

On July 21, 2014, the court received a letter from Defendant Sam Smolders, asserting that Magistrate Judge Randon and the court's clerk "created an erroneous document" stating that he pleaded guilty to a charge of illegal entry by an alien. Because it was unclear what relief Defendant requested, the court issued an order allowing him time to clarify what he was seeking from the court, and what legal basis the court would have for reviewing his case. (Dkt. # 16, Pg. ID 1–3.)

Despite being given the opportunity to file a formal motion seeking relief, Defendant responded with yet another letter, reasserting that he did not plead guilty, and that "supporting The United States of America shouldn't alienate me." (Dkt. # 17, 33.) Defendant renews his argument that his guilty plea should be considered void. Because Defendant did not accept the court's invitation to "file a motion on the court's docket, *clearly setting out his factual allegations and requested relief*," the court will disregard both of his letters. (Dkt. # 16, Pg. ID 3) (emphasis added). Nevertheless, it bears mentioning that the court did indeed listen to the recording of Defendant's guilty

plea and sentencing, and is satisfied that contrary to Defendant's assertions, he did in fact plead guilty to illegal entry by an alien. Accordingly,

    IT IS ORDERED that any relief requested in the Defendant's letters is DENIED.

        s/Robert H. Cleland
        ROBERT H. CLELAND
        UNITED STATES DISTRICT JUDGE

Dated: September 8, 2014

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, September 8, 2014, by electronic and/or ordinary mail.

        s/Lisa Wagner
        Case Manager and Deputy Clerk
        (313) 234-5522